# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PUI KWAN YUEN

VERSUS

STATE NATIONAL INSURANCE
COMPANY, INC., RIFFAL,
L.L.C. AND GEOFFREY SCOTT
HALL

NO.  2023 CW 0565

**July 27, 2023**

---

In Re:  Pui Kwan Yuen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 650-561.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The trial court's May 18, 2023 judgment sustaining the objection raised by the defendants, Dugas Pest Control of Baton Rouge, Inc., Geoffrey Scott Hall, and Gemini Insurance Company, and requiring the presence of the plaintiff, Pui Kwan Yuen, throughout the entirety of the trial in this matter, is reversed. A party represented by counsel at a proceeding before the court is not considered absent for purposes of La. Code Civ. P. art. 1672(A)(1). Comment (g) to La. Code Civ. P. art. 1672; **Dickens v. Com. Union Ins. Co.**, 1999-0698 (La. App. 1st Cir. 6/23/00), 762 So.2d 1193, 1196. Plaintiff advised the trial court that her attorney will be present during the trial on this matter and she will be available for direct and cross-examination. Accordingly, the defendants' objection to the plaintiff's limited presence at trial is overruled.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

<u>Dana S. Will</u>
DEPUTY CLERK OF COURT
FOR THE COURT